UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
|     ROBERT YONKEE, | ) | Case No. 08-72959 |
|         Debtor. | ) | |
| _____ | ) | |
| BERNICE FITAK, | ) | |
|         Plaintiff, | ) | |
| | ) | Adversary Proceeding |
| v. | ) | No. 08-96096 |
| | ) | |
| ROBERT YONKEE, | ) | |
|         Defendant. | ) | |

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The undersigned attorney, JENNIFER M. HILL, respectfully requests leave of this Court to withdraw as counsel for Plaintiff, BERNICE FITAK, as counsel will no longer be with the law firm of Brustin & Lundblad, Ltd., and requests to be removed from the service list in this matter.

Respectfully Submitted,

/s/ Jennifer M. Hill
Jennifer M. Hill, ARDC #6284880
Brustin & Lundblad, Ltd.
100 W. Monroe, Suite 500
Chicago, Illinois 60603
Telephone: (312) 263-1250
Facsimile: (312) 263-3480
hilljenniferm@comcast.net

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
|     ROBERT YONKEE, | ) | Case No. 08-72959 |
|         Debtor. | ) | |
| | ) | |
| BERNICE FITAK, | ) | |
|         Plaintiff, | ) | |
| | ) | Adversary Proceeding |
| v. | ) | No. 08-96096 |
| | ) | |
| ROBERT YONKEE, | ) | |
|         Defendant. | ) | |

**MOTION TO SUBSTITUTE AS COUNSEL FOR PLAINTIFF**

The undersigned attorney, CHARLES E. WEBSTER, respectfully requests leave of this Court to substitute in as counsel for Plaintiff, BERNICE FITAK, and to be added to the service list in this matter.

Respectfully Submitted,

/s/ Charles E. Webster
Charles E. Webster, ARDC#
Brustin & Lundblad, Ltd.
100 W. Monroe, Suite 500
Chicago, Illinois 60603
Telephone: (312) 263-1250
Facsimile: (312) 263-3480

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
|     ROBERT YONKEE, | ) | Case No. 08-72959 |
|         Debtor. | ) | |
| _____ | ) | |
| BERNICE FITAK, | ) | |
|         Plaintiff, | ) | |
| | ) | Adversary Proceeding |
| v. | ) | No. 08-96096 |
| | ) | |
| ROBERT YONKEE, | ) | |
|         Defendant. | ) | |

## ORDER

THIS CAUSE COMING TO BE HEARD on motion for Jennifer M. Hill to withdraw as counsel for Plaintiff and Charles E. Webster's motion to substitute in as counsel, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Jennifer M. Hill's motion to withdraw is granted and Charles E. Webster's motion to substitute in as plaintiff's counsel is granted.

Entered: _____

Charles E. Webster, ARDC #
Brustin & Lundblad, Ltd.
100 W. Monroe, Suite 500
Chicago, Illinois 60603
(312) 263-1250